UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM ADAMS                           JURY TRIAL DEMANDED

v.                                                  CASE NO.  3:13 CV

FIRST NATIONAL COLLECTION BUREAU, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k.

3. Defendant First National Collection Bureau, Inc. (FNCB) regularly attempts to collect consumer debt by use of the mail or telephone.

4. FNCB is licensed as a consumer collection agency by the Connecticut Department of Banking.

5. FNCB sent a letter to plaintiff directed to an address in New Haven CT dated March 19, 2013, claiming a "Total Due" of $2,177.74 to "Creditor: LVNV Funding LLC."

6. LVNV Funding is an entity that buys consumer accounts for the purpose of collecting thereon.

7. The underlying debt was a personal account belonging to plaintiff's daughter originally owed to HSBC Bank USA, N.A.

8. The account was beyond the statute of limitations and defendant explained that "LVNV will not sue you for it."

9. In a tactic described as "duping," the letter did not explain that a payment on the account could revive the statute of limitations.

10. The letter offered a settlement in four payments on behalf of a different entity, "Our client RESURGENT CAPITAL SERVICES, LP."

11. The letter did not contain the notices required by §1692g.

12. In the collection efforts within one year prior to the date of this action, defendant violated the FDCPA, § 1692e, –f(1), or –g.

13. WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

2. Award such other and further relief as law or equity may provide

                        THE PLAINTIFF

                        BY__/s/ Joanne S. Faulkner__
                        JOANNE S. FAULKNER ct04137
                        123 AVON STREET
                        NEW HAVEN, CT 06511-2422
                        (203) 772-0395
                        faulknerlawoffice@snet.net